## John Doe et al. *v.* John Herrington
## (12217)

Speziale, C. J., Peters, Parskey, Grillo and Ment, Js.

Argued October 5—decision released October 25, 1983*

*Deborah S. Freeman,* with whom were *Abraham L. Clott,* of the Illinois bar, and, on the brief, *Martha Stone,* for the plaintiffs.

*Francis J. Carino,* chief court advocate, for the defendant.

Per Curiam. We find the record insufficient to afford a basis for an answer to the reserved questions.

The case is remanded to the Superior Court for trial.

---

*The decision was announced from the bench on October 5, 1983.